BELMONT IRON WORKS, Appellant, *v.* PACIFIC COAST DIRECT LINE, INC., Respondent.

Argued June 1, 1937; decided July 13, 1937.

*Ernie Adamson* and *Julius L. Goldstein* for appellant.

*Aaron U. Homnick* and *John W. Van Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.